IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NATACHE GUIRMA,

                Plaintiff(s),

v.

MULTNOMAH COUNTY SHERIFF'S OFFICE,

                Defendant(s).

Civil No. 03:22-cv-01756-JR

**ORDER OF DISMISSAL**

The Court construes Plaintiff's "Withdrawal and Affidavit" [28] as a Motion for Voluntary Dismissal. The Court has confirmed with counsel for Defendant that this construal is unopposed.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Voluntary Dismissal [28] is GRANTED and this action is DISMISSED. Pending motions, if any, are DENIED AS MOOT.

Dated this 14th day of March, 2023.

                                            by      /s/ Jolie A. Russo
                                                    Jolie A. Russo
                                                    United States Magistrate Judge